# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 10, 2015

## NO. 03-14-00479-CV

**Kim Blackston Clogston, Appellant**

**v.**

**Curtis P. Clogston, Appellee**

**APPEAL FROM 421ST DISTRICT COURT OF CALDWELL COUNTY**
**BEFORE PURYEAR, PEMBERTON, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on June 17, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.